UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                                                **ORDER**
        v.                                       12-CR-111-A

MARK SELDINAS,

                            Defendant.

---

       This case was referred to Magistrate Judge Jeremiah J. McCarthy, pursuant to 28 U.S.C. § 636(b)(1)(B) for pretrial proceedings. Defendant Mark Seldinas filed a motion to suppress (Dkt. No. 22) physical evidence and certain statements he had made during his arrest on November 5, 2011.  A suppression hearing was held on October 7, 2013, the parties submitted post-hearing briefs, and oral argument was held on August 21, 2014.  Magistrate Judge McCarthy filed a Report and Recommendation (Dkt. No. 71) on October 23, 2014 recommending that defendant Mark Seldinas' motion to suppress (Dkt. No. 22) be granted.

       Pursuant to 28 U.S.C. § 636(b)(1), the Court has reviewed the Report and Recommendation.  It is hereby

       **ORDERED**, for the reasons set forth in Magistrate Judge McCarthy's Report and Recommendation, defendant Seldinas' motion to suppress his November 5, 2011 statements is granted.  The Report and Recommendation (Dkt. No. 71) is therefore adopted in its entirety.

The parties shall appear for status conference/meeting to set trial date on November 26, 2014 at 10:00 AM before Hon. Richard J. Arcara.

**IT IS SO ORDERED.**

          ___*Richard J. Arcara*_____
          HONORABLE RICHARD J. ARCARA
          UNITED STATES DISTRICT COURT

Dated:   November 24, 2014